UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Pennantia, LLC, et al. | § § | |
| versus | § § | Civil Action 3:25–cv–00137 *SEALED* |
| Tank Barge RCM 270 (Official #1257373), et al. | § § | |

# Notice of Referral of Motion to Magistrate Judge

Pursuant to 28 U.S.C. 636(b)(1), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and General Order 2024-08, the presiding district judge has designated Magistrate Judge Andrew M. Edison to hear and determine the motion(s) identified below:

Sealed Motion – #21

Date: December 11, 2025.

Nathan Ochsner, Clerk

By: G. Cardenas
Deputy Clerk