United States District Court
Southern District of Texas
**ENTERED**
December 11, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| PENNANTIA, LLC, *et al.*, | § | |
| Plaintiffs. | § § § | |
| V. | § | CIVIL ACTION NO. 3:25-cv-00137 |
| TANK BARGE RCM 270 (OFFICIAL #1257373), *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Plaintiffs' Ex Parte Motion to Unseal Docket and Permit Filing of Redacted Documents (Dkt. 21) has been referred to me. *See* Dkt. 22. The motion is **GRANTED**.

The Clerk of Court is ordered to **UNSEAL** this docket and all docket entries *except* for Dkts. 1, 5, 9, 10, 15, 18, and 21. **Docket entries 1, 5, 9, 10, 15, 18, and 21** will remain **UNDER SEAL**.

Plaintiffs' proposed redactions to Dkts. 1, 5, 9, 10, and 15 are **APPROVED**. *See* Dkts. 21-2, 21-3. Plaintiffs are **ORDERED** to file redacted versions of these docket entries by close of business on Tuesday, December 16, 2025. Plaintiffs should file a notice of compliance with this order as their main docket entry. The attachments—the redacted versions of Dkts. 1, 5, 9, 10, and 15—should be styled as follows: "Dkt. 1 [REDACTED]," "Dkt. 5 [REDACTED]," etc.[1] This will allow the public and any reviewing court to easily navigate the docket.

Finally, Plaintiffs are **ORDERED** to advise the court what should be done about Plaintiffs' motions at Dkt. 18 and Dkt. 21. The attachments to these docket

---

[1] Plaintiffs incorrectly request the sealing of Dkts. 1-1, 1-2, 1-2-1, and 1-3. *See* Dkt. 21 at 2. Except for Dkt. 1-1, which is nothing more than a civil cover sheet, these docket entries do not exist. Dkt. 1 is a 139-page document. Plaintiffs must file a redacted version of all 139 pages as a single, consolidated document because that is how Dkt. 1 was originally filed.

entries will remain under seal. But the motions to seal themselves must either be unsealed, or Plaintiffs must file proposed redactions to these motions. Plaintiffs have until <u>close of business on Tuesday, December 16, 2025</u>, to either advise the court that the motions themselves can be unsealed, or to submit proposed redactions for these motions.

SIGNED this 11th day of December 2025.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE