UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Pennantia, LLC, <br> RCM 270, LLC, <br> Lynne Rose, LLC, <br> RCM 245, LLC, <br> Rebekah Rose, LLC, <br> RCM 225, LLC, and <br> Anna Rose, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> *Tank Barge RCM 270* (Official #1257373), <br> *Tug LYNNE ROSE* (Official #9753179), <br> *Tank Barge RCM 245* (Official #1050073), <br> *Tug REBEKAH ROSE* (Official #9170688), <br> *Tank Barge RCM 225* (Official #1139764), and <br> *Tug ANNA ROSE* (Official #1139762), their <br> engines, tackle, appurtenances, etc., *in rem*, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:25-CV-00137 <br><br> Admiralty |

**PLAINTIFFS' NOTICE OF COMPLIANCE WITH
ORDER GRANTING PLAINTIFF'S EX PART MOTION TO
UNSEAL DOCKET AND PERMIT FILING OF REDACTED DOCUMENTS**

Plaintiffs Pennantia, LLC, RCM 270, LLC, Lynne Rose, LLC, RCM 245, LLC, Rebekah Rose, LLC, RCM 225, LLC, and Anna Rose, LLC (each a "Plaintiff" and collectively "Plaintiffs"), hereby give notice that on this date it has fully complied with the Court's December 11, 2025 Order granting Plaintiff's Ex Parte Motion to Unseal Docket

1

and Permit Filing of Redacted Documents (Dkt 21) (the "Order").[1]

Pursuant to the Order, Plaintiffs attach hereto redacted versions of Dkts. 1, 5, 9, 10, and 15. Plaintiffs further advise the Court that Dkts. 18 and 21 may be unsealed, with the exception of their attachments, which should remain under seal.

Dated: December 18, 2025.

>Respectfully submitted,
>
>**HOLLAND & KNIGHT LLP**
>
>/s/ Katia S. Leiva
>Katia S. Leiva
>Texas Bar No. 24143113
>SD Bar No. 3896201
>Katia.Leiva@hklaw.com
>811 Main Street, Suite 2500
>Houston, TX 77002
>
>*Attorney for Plaintiffs*

---

[1] Counsel respectfully apologizes to the Court for the delay in filing this Notice of Compliance. The Court's Order was entered under seal on December 11, 2025, and counsel was unable to access the sealed docket entry until December 18, 2025. This Notice is being filed promptly upon counsel obtaining access to the Order.

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, a true and correct copy of the foregoing document was electronically served upon filing to all counsel of record via the CM/ECF filing system.

*/s/ Katia S. Leiva*
Katia S. Leiva
