Dkt. 9 [REDACTED]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Pennantia, LLC, <br> RCM 270, LLC, <br> Lynne Rose, LLC, <br> RCM 245, LLC, <br> Rebekah Rose, LLC, <br> RCM 225, LLC, and <br> Anna Rose, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> *Tank Barge RCM 270* (Official #1257373), <br> *Tug LYNNE ROSE* (Official #9753179), <br> *Tank Barge RCM 245* (Official #1050073), <br> *Tug REBEKAH ROSE* (Official #9170688), <br> *Tank Barge RCM 225* (Official #1139764), and <br> *Tug ANNA ROSE* (Official #1139762), their <br> engines, tackle, appurtenances, etc., *in rem*, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. _____ <br><br> Admiralty |

United States Courts
Southern District of Texas
FILED

MAY -7 2025

Nathan Ochsner, Clerk of Court

## PLAINTIFFS' EX PARTE MOTION TO APPOINT SUBSTITUTE CUSTODIAN

Plaintiffs Pennantia, LLC, RCM 270, LLC, Lynne Rose, LLC, RCM 245, LLC, Rebekah Rose, LLC, RCM 225, LLC, and Anna Rose, LLC (each a "Plaintiff" and collectively "Plaintiffs"), by and through their attorneys Holland & Knight LLP, move this Court for an Order appointing National Maritime Services, Inc. as substitute custodian for the *in rem* Defendants *Tank Barge RCM 270* (Official #1257373), *Tug LYNNE ROSE* (Official #9753179), *Tank Barge RCM 245* (Official #1050073), *Tug REBEKAH ROSE* (Official #9170688), *Tank Barge RCM 225* (Official #1139764), and *Tug ANNA ROSE* (Official #1139762) (collectively, the "Vessel Defendants"). As grounds for the motion, Plaintiffs state as follows:

1. The United States Marshal for the Southern District of Texas has been directed by the clerk of this court to seize the *in rem* Defendants *Tank Barge RCM 270* (Official #1257373), *Tug LYNNE ROSE* (Official #9753179), *Tank Barge RCM 245* (Official #1050073), *Tug REBEKAH ROSE* (Official #9170688), *Tank Barge RCM 225* (Official #1139764), and *Tug ANNA ROSE* (Official #1139762) pursuant to a Warrant of Arrest issued by the clerk. The Marshal expects soon to be in custody of such Vessels, which are currently, or will soon be, located within the Port of Galveston, Texas. The United States Marshal for the Southern District of Texas has no facilities for the custody or fleeting of these Vessels and a substitute custodian will be required.

2. National Maritime Services, Inc. has access to facilities for fleeting and custody of the *in rem* Defendants *Tank Barge RCM 270* (Official #1257373), *Tug LYNNE ROSE* (Official #9753179), *Tank Barge RCM 245* (Official #1050073), *Tug REBEKAH ROSE* (Official #9170688), *Tank Barge RCM 225* (Official #1139764), and *Tug ANNA ROSE* (Official #1139762), and is willing to act as substitute custodian at an estimated rate of [REDACTED] one-time mobilization charge (discounted if Vessels are found to be in the same location) and $1,718.33 per day thereafter (assuming that all six Vessel Defendants are in custody at the same time), which shall include a full-time on-board watchman, plus a [REDACTED] handling fee applied to all third-party charges. The third-party charges are anticipated to be repatriation travel, dockage, crew pay, fuel, and power, as applicable.

3. In order to accomplish the Plaintiffs' request for access to the Vessel Defendants pursuant to Supplemental Rule D to inspect/survey each of the Vessel Defendants for potential sale, as well as to obtain documents, records, and information related to the Vessel Defendants, Plaintiffs request that the Court order that Plaintiffs and their designees (such as inspectors, surveyors, and other potential representatives of prospective purchasers) be given unfettered

access to (a) the Vessel Defendants and (b) to all documents, records and information appurtenant to, or constituting maritime property, related to the Vessel Defendants.

4. It is anticipated that one or more of the Vessel Defendants might need to handle cargo and/or move within the Port of Galveston while under arrest. Plaintiffs request that – at the risk and expense of the Vessel Defendants' interests, normal operations, including cargo handling, may continue aboard the Vessel Defendants, and that the Vessel Defendants may shift to another berth or anchorage within the Port of Galveston.

5. Plaintiffs request that the Court appoint National Maritime Services, Inc. as substitute custodian of the *in rem* Defendants *Tank Barge RCM 270* (Official #1257373), *Tug LYNNE ROSE* (Official #9753179), *Tank Barge RCM 245* (Official #1050073), *Tug REBEKAH ROSE* (Official #9170688), *Tank Barge RCM 225* (Official #1139764), and *Tug ANNA ROSE* (Official #1139762), until further order, to become effective after the United States Marshal has seized the Vessels and has conducted an inventory of the Vessels.

Dated: Houston, Texas
May 7, 2025

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

/s/ Julia M. Haines
Julia M. Haines
Texas Bar No. 8710800
SD Bar No. 0000765
Julia.Haines@hklaw.com
Katia S. Leiva
Texas Bar No. 24143113
SD Bar No. 3896201
Katia.Leiva@hklaw.com
811 Main Street, Suite 2500
Houston, TX 77002

*Pro Hac Vice Application Pending:*

**HOLLAND & KNIGHT LLP**

Michael J. Frevola
787 Seventh Avenue
New York, New York 10019
michael.frevola@hklaw.com
Telephone: 212.513.3200
Fax: 212.385.9010

*Attorneys for Plaintiffs*