United States District Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PENNANTIA, LLC, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § § § | 3:25-cv-137 |
| TANK BARGE RCM 270 (OFFICIAL #1257373), *et al.*, | | |
| Defendants. | | |

## ORDER OF DISMISSAL WITH PREJUDICE

On January 8, 2026, the plaintiffs filed a notice of voluntary dismissal as to their claims against all defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 25.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiffs against the defendants in the above-captioned and -numbered lawsuit are **DISMISSED WITH PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 9th day of January, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE